RECEIVED
JUL 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Environmental Defense, | Case No. C 06 4273 EMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| vs. | |
| The United States Environmental Protection Agency and Stephen L. Johnson, Administrator of the United States Environmental Protection Agency, | |
| Defendants. | |

Reed Zars, an active member in good standing of the bars of Wyoming and Colorado, whose business address and telephone number is:

Reed Zars (WY Bar No. 6-3224)

Attorney at Law
910 Kearney Street
Laramie, Wyoming 82070
Tel: (307) 745-7979
Fax: (307) 745-7999
E-mail: rzars@lariat.org

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Environmental Defense

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 7/24/06

EDWARD M. CHEN
United States Magistrate Judge