1  SUE ELLEN WOOLDRIDGE, Assistant Attorney General
   PAMELA S. TONGLAO, Trial Attorney
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  Environmental Defense Section
   P.O. Box 23986
4  Washington, DC 20026-3986
   Telephone: (202) 305-0897
5  Facsimile:  (202) 514-8865

6  KEVIN V. RYAN (CSBN118321)
   United States Attorney
7  JAMES CODA
   Assistant United States Attorney
8  450 Golden Gate Avenue
   San Francisco, CA 94102
9  Telephone: (415) 436-7200
   Facsimile: (415) 436-7234

10

11  Attorneys for the United States of America

12           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION

14  _____
                                          )  No. C 06-4273 ~~EMC~~    SC
15  ENVIRONMENTAL DEFENSE,                 )
                                          )
16            Plaintiff,                   )  STIPULATION TO EXTEND TIME FOR
                                          )  DEFENDANTS TO RESPOND TO
17        v.                              )  COMPLAINT
                                          )
18  UNITED STATES ENVIRONMENTAL           )
    PROTECTION AGENCY, STEPHEN L.         )
19  JOHNSON, Administrator of the United States )
    Environmental Protection Agency,      )
20                                        )
              Defendants.                 )
    _____)

21        Pursuant to Local Rule 7-12, Plaintiff Environmental Defense and Defendants United

22  States Environmental Protection Agency and Stephen L. Johnson, Administrator (collectively

23  "EPA") hereby stipulate to extend to October 2, 2006, EPA's deadline for responding to

24  Plaintiff's complaint.  EPA's response is currently due on or before September 18, 2006.  The

25  parties agree to extend this filing deadline by two weeks in order to accommodate a conflict in

26  the work schedule of the undersigned counsel for EPA.

27        Wherefore, the parties stipulate to extend time for EPA to respond to Plaintiff's

28

1  complaint until October 2, 2006.

2

3  FOR PLAINTIFF ENVIRONMENTAL DEFENSE:

   s/ George E. Hays                              Dated: August 11, 2006
4  GEORGE E. HAYS (State Bar No. 119904)
   Attorney at Law
5  236 West Portal Avenue, #110
   San Francisco, CA  94127
6  (415) 566-5414
   Fax: (415) 731-1609
7  georgehays@mindspring.com

8

9  FOR DEFENDANT EPA:

   s/ Pamela S. Tonglao                           Dated: August 11, 2006
10 PAMELA S. TONGLAO
   United States Department of Justice
11 Environment & Natural Resources Division
   Environmental Defense Section
12 P.O. Box 23986
   Washington, D.C.  20026-3986
13 (202) 305-0897
   Fax:  (202) 514-8865
14 pamela.tonglao@usdoj.gov

15

16
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
17

18     8/23/06
   DATED                         UNITED STA
19

20

21

22

23

24

25

26

27

28