George E. Hays (State Bar No. 119904)
Attorney at Law
236 West Portal Avenue, #110
San Francisco, CA 94127
Tel: (415) 566-5414
Fax: (415) 731-1609
E-mail: georgehays@mindspring.com

Reed Zars (WY Bar No. 6-3224)
Attorney at Law
910 Kearney Street
Laramie, Wyoming  82070
Tel: (307) 745-7979
Fax: (307) 745-7999
E-mail: rzars@lariat.org
Application pending for admission pro hac vice

Attorneys for Environmental Defense, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Environmental Defense,               )<br>                                      )<br>          Plaintiff,                 )<br>                                      )<br>     vs.                              )<br>                                      )<br>The United States Environmental       )<br>Protection Agency and Stephen L.      )<br>Johnson, Administrator of the United  )<br>States Environmental Protection Agency,)<br>                                      )<br>          Defendants.                )<br>_____) | Case No. C 06 4273 EMC<br><br>STIPULATION TO EXTEND<br>CERTAIN DEADLINES |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff Environmental Defense ("ED") and Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator ("EPA") hereby stipulate to extend the following deadlines.  Currently, ED's Opposition to Defendant's Motion for Judgment on the Pleadings is due November 10.  EPA's Reply Brief is due November 17.  A hearing on the motion is scheduled for December 1, 2006.  A case management conference is also scheduled for that day.

1   The parties stipulate and respectfully request that all of these deadlines be
2   extended as follows: ED's Opposition Brief would be due November 14.  EPA's
3   Reply Brief would be due November 22.  The hearing on the motion and the case
4   management conference would occur on December 8, 2006.
5   The parties have agreed to extend these deadlines in order to accommodate
6   a conflict in the work schedule of the undersigned counsel for ED.  Previously, the
7   parties agreed to extend the time for EPA to file its answer by two weeks.
8   Wherefore, the parties stipulate to extend time for ED to respond to EPA's
9   Motion for Judgment on the Pleadings until November 14, 2006, for EPA to file
10  its Reply Brief until November 22, 2006, for the hearing on the Motion to Dismiss
11  until December 8, 2006, and for the case management conference until December
12  8, 2006.

13  FOR PLAINTIFF ENVIRONMENTAL DEFENSE:

14  s/George E. Hays                              Dated: November 9, 2006
    GEORGE E. HAYS (State Bar No. 119904)
15  Attorney at Law
    236 West Portal Avenue, #110
16  San Francisco, CA 94127
    (415) 566-5414
17  Fax: (415) 731-1609
    georgehays@mindspring.com
18

19  FOR DEFENDANT EPA:

20  s/ Pamela S. Tonglao                          Dated: November 9, 2006
    PAMELA S. TONGLAO
21  United States Department of Justice
    Environment & Natural Resources Division
22  Environmental Defense Section
    P.O. Box 23986
23  Washington, D.C. 20026-3986
    (202) 305-0897
24  Fax: (202) 514-8865
    pamela.tonglao@usdoj.gov
25

26  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27
    11/14/06                                      *IT IS SO ORDERED*
28  DATED                                         UNITED STATES DISTRICT JUDGE
                                                  Judge Samuel Conti